UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TRAYMONTE BIRTANNE SNIPES,

    Plaintiff,

v.                                                    Case No.  5:21-cv-129-TKW-MJF

STATE OF FLORIDA, *et al.*,

    Defendants.

                                                    /

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 14).  No objections were filed.[1]  Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to prosecute.  Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1]  The Court did not overlook that Plaintiff is likely unaware of the Report and Recommendation because it was returned by the Post Office as undeliverable just like all the earlier Orders in this case.  *See* Doc. 15.  That, however, has no bearing on the Court's consideration of the Report and Recommendation because Plaintiff was responsible for keeping the Court apprised of his current address and his failure to do so is tantamount to a waiver of his right to object to the Report and Recommendation.

2.      This case is **DISMISSED without prejudice** for failure to prosecute.

3.      The Clerk shall enter judgment in accordance with this Order and close

the case file.

**DONE and ORDERED** this 18th day of October, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**